Patricia A. O'Connor (PO-5645)
BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendants
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BELLA G. UY and WILLIAM UY,

                              Plaintiffs,

    -against-

WAL-MART STORES, INC.,

                              Defendant.
------------------------------------------------------------X

RULE 7.1 STATEMENT

       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly local general rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WAL-MART STORES EAST, LP (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

       WAL-MART STORES, INC

       WAL-MART DE MEXICO

       SEIYU

Dated: Northport, New York
       April 30, 2008

                              Yours, etc.,

                              BRODY, O'CONNOR & O'CONNOR, ESQS.
                              Attorneys for Defendant

          By: _____
                              PATRICIA A. O'CONNOR (PO-5645)
                              7 Bayview Avenue
                              Northport, New York 11768
                              (631) 261-7778

TO:   LAW OFFICE OF MICHAEL S. LAMONSOFF
        Attorney for Plaintiffs
        80 Maiden Lane
        New York, New York 10038
        (212) 962-1020
        File No.: 9964

DECLARATION OF SERVICE BY MAIL

STATE OF NEW YORK )
                  )ss.:
COUNTY OF SUFFOLK )

STEPHANIE INZERILLO, hereby declares, pursuant to 28 U.S.C., Section 1746 and Local Civil Rule 1.10 of this Court, that I am not a party to the action; I am over 18 years of age and reside at Nesconset, New York 11767.

On April 30, 2008, I served the within **RULE 7.1 STATEMENT** by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

> LAW OFFICE OF MICHAEL S. LAMONSOFF
> Attorney for Plaintiffs
> 80 Maiden Lane
> New York, New York 10038
> (212) 962-1020
> File No.: 9964

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2008.

_____
STEPHANIE INZERILLO

Index No. _____   Year 20 ____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BELLA G. UY,

Plaintiff,

-against-

WAL-MART STORES, INC.,

Defendant.

---

## RULE 7.1 STATEMENT

---

**BRODY, O'CONNOR & O'CONNOR, ESQS.**

*Attorneys for*
Defendant
7 BAYVIEW AVENUE
NORTHPORT, NEW YORK 11768
(631) 261-7778
FAX (631) 261-6411

---

Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.

Dated: _____   Signature _____

Print Signer's Name _____

---

*Service of a copy of the within* _____ *is hereby admitted.*

Dated: _____

Attorney(s) for _____

---

PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on _____ 20 ____

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon. _____, one of the judges of the within-named Court,
at _____
on _____ 20 ____, at _____ M.

Dated: _____

**BRODY, O'CONNOR & O'CONNOR, ESQS.**
*Attorneys for*

7 BAYVIEW AVENUE
NORTHPORT, NEW YORK 11768
(631) 261-7778
FAX (631) 261-6411

To: